Lisa M. Carvalho (SBN 161420)
Email:     lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:     rfeldman@reedsmith.com
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT THADANI,<br><br>                    Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA, N.A.,<br><br>                    Defendant. | No.: 5:12-cv-04414-LHK<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:            December 5, 2012<br>Time:            2:00 p.m.<br>Place:           Courtroom 8, San Jose<br><br>Honorable Lucy H. Koh |

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

1  The undersigned, counsel for Defendant Bank of America, N.A., requests permission to
2  appear by telephone at the Case Management Conference scheduled in this matter for December 5,
3  2012 at 2:00 p.m.

4  This request is made on the grounds that 1) appearance by telephone will not prejudice any
5  party and will not hamper the efficient handling of the conference, and 2) counsel may be unable to
6  appear in person for work-related scheduling reasons.

8  DATED:  November 28, 2012
   REED SMITH LLP

10
11  By: */s/ Lisa Carvalho*
   Lisa M. Carvalho
   Renee C. Feldman
12  Attorneys for Defendant
   Bank of America, N.A.

15  [~~PROPOSED~~] ORDER

16  Permission is hereby granted for counsel for Defendant Bank of America, N.A. to participate
17  in the Case Management Conference scheduled for December 5, 2012 at 2:00 p.m. by telephone.
18  Counsel to arrange through CourtCall.

19  DATED:   12/5/12
   *Lucy H. Koh*
20  Hon. Lucy Koh
   United States District Court Judge

US_ACTIVE-111240742

– 2 –
DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE