Lisa M. Carvalho (SBN 161420)
Email:    lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email:    rfeldman@reedsmith.com
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT THADANI,<br><br>              Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.,<br><br>              Defendant. | No.: 5:12-cv-04414-LHK<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:            December 5, 2012<br>Time:           2:00 p.m.<br>Place:          Courtroom 8, San Jose<br><br>Honorable Lucy H. Koh |

1   The undersigned, counsel for Defendant Bank of America, N.A., requests permission to
2 appear by telephone at the Case Management Conference scheduled in this matter for December 5,
3 2012 at 2:00 p.m.
4   This request is made on the grounds that 1) appearance by telephone will not prejudice any
5 party and will not hamper the efficient handling of the conference, and 2) counsel may be unable to
6 appear in person for work-related scheduling reasons.

DATED:  November 28, 2012

REED SMITH LLP

By: */s/ Lisa Carvalho*
    Lisa M. Carvalho
    Renee C. Feldman
    Attorneys for Defendant
    Bank of America, N.A.

### [PROPOSED] ORDER

Permission is hereby granted for counsel for Defendant Bank of America, N.A. to participate in the Case Management Conference scheduled for December 5, 2012 at 2:00 p.m. by telephone. Counsel to arrange through CourtCall.

DATED:   12/5/12

Hon. Lucy Koh
United States District Court Judge

US_ACTIVE-111240742

– 2 –
DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE