Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email: rfeldman@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT THADANI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, N.A.,<br><br>                    Defendant. | No.: CV 12-04414-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED ANSWER** |

### **STIPULATION**

WHEREAS, Plaintiff Vincent Thadani ("Plaintiff") filed his First Amended Complaint on October 24, 2012;

WHEREAS, Defendant Bank of America, N.A. ("Defendant") filed its Answer on November 7, 2012; and

WHEREAS, Defendant desires to file the First Amended Answer ("Amended Answer"), attached hereto as Exhibit A, which adds the following affirmative defense:

TWENTY-THIRD AFFIRMATIVE DEFENSE
(NATIONAL BANK ACT PREEMPTION)

23.     Defendant is informed and believes, and on that basis alleges, that some or all of Plaintiff's state law claims for relief are preempted by the National Bank Act, 12 U.S.C. § 21 *et seq.*

WHEREAS, Plaintiff stipulates to Defendant's filing of the Amended Answer;

NOW, THEREFORE, based on the foregoing, Plaintiff and Defendant, by and through their respective counsel of record, agree and stipulate as follows:

1. The proposed Amended Answer, attached hereto as Exhibit A, may be filed in this action.

2. Defendant will file the Amended Answer within 3 business days of the Court's order approving this stipulation.

3. Plaintiff reserves all rights to respond to the Amended Answer as provided by applicable law.

IT IS SO STIPULATED.

DATED:  January 24, 2013         REED SMITH LLP

                                 By:   /s/ Lisa M. Carvalho
                                       Lisa M. Carvalho
                                       Renee C. Feldman
                                       Attorneys for Defendant
                                       Bank of America, N.A.

DATED:  January 24, 2013         BERGER LAW OFFICES

                                 By:   /s/ Jeffrey A. Berger
                                       Jeffrey A. Berger
                                       Attorneys for Plaintiff
                                       Vincent Thadani

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: January 25, 2013          *Lucy H. Koh*
                                 Lucy H. Koh
                                 United States District Court Judge

US_ACTIVE-111763818

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED ANSWER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware