**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VINCENT THADANI, | ) | Case No.: 12-CV-4414-LHK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING CASE |
| v. | ) | MANAGMENT CONFERENCE; |
| | ) | ORDER RE: FILING OF STIPULATION |
| BANK OF AMERICA, | ) | OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 4, 2013, the parties filed a stipulation requesting that the Court continue the case management conference scheduled for April 17, 2013 to May 29, 2013 because the parties have reached a settlement in principal and need additional time to document the settlement.  The Court GRANTS the parties' stipulation and hereby continues the April 17, 2013 case management conference to May 29, 2013, at 2:00 p.m.  By May 22, 2013, the parties shall file a stipulation of dismissal or, alternatively, if the parties have been unable to finalize the settlement, a joint case management statement.

**IT IS SO ORDERED.**

Dated: April 8, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-4414-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER RE: FILING OF STIPULATION OF DISMISSAL