UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT THADANI, ) <br> ) <br>           Plaintiff, ) <br>   v.                              ) <br>                                  ) <br> BANK OF AMERICA,              ) <br>                                  ) <br>           Defendant. ) <br>                                  ) | Case No.: 12-CV-4414-LHK <br><br> ORDER CONTINUING CASE MANAGMENT CONFERENCE; ORDER RE: FILING OF STIPULATION OF DISMISSAL |

On April 4, 2013, the parties filed a stipulation requesting that the Court continue the case management conference scheduled for April 17, 2013 to May 29, 2013 because the parties have reached a settlement in principal and need additional time to document the settlement. The Court GRANTS the parties' stipulation and hereby continues the April 17, 2013 case management conference to May 29, 2013, at 2:00 p.m. By May 22, 2013, the parties shall file a stipulation of dismissal or, alternatively, if the parties have been unable to finalize the settlement, a joint case management statement.

**IT IS SO ORDERED.**

Dated: April 8, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge