Jeffrey A. Berger (SBN 104227)
Email: jab@jablawoffices.com
BERGER LAW OFFICES
586 N. First Street, Suite 210
San Jose, CA 95112
Telephone: +1 408 368 6136
Facsimile: +1 800 414 0017

*Attorneys for Plaintiff*
*Vincent Thadani*

Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email: rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Defendant*
*Bank of America, N.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT THADANI,<br><br>   Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>   Defendant. | No.: 5:12-cv-04414-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# STIPULATION

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Vincent Thadani and Defendant Bank of America, N.A., by their undersigned counsel, stipulate to the dismissal of this entire action with prejudice, with each party to bear its own costs and attorneys' fees.

_____
Jeffrey A. Berger
BERGER LAW OFFICES

*Counsel for Plaintiff Vincent Jackson*

_____
Lisa M. Carvalho
Renee C. Feldman
REED SMITH LLP

*Counsel for Defendant Bank of America, N.A.*

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 8, 2013

_____
Lucy H. Koh
United States District Court Judge